KIRSCHENBAUM LAW, PC
JEFFREY B. KIRSCHENBAUM (SBN: 152290)
KRISTIN L. WILLIAMS (SBN: 312902)
328 15th Street
Oakland, CA 94612
Telephone: (510) 740-9260
Email: Jeff@Kirschenbaumlaw.com

Attorneys for Plaintiff,
Fremont Bank, a California state
chartered bank

# IN THE UNITED STATES DISTRICT COURT,

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREMONT BANK, a California state chartered bank,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT J. SIGNORELLI, individually and as Trustee of the SIGNORELLI FAMILY LIVING TRUST, dated April 8, 1994, amended February 28, 2001, November 22, 2005, and January 5, 2015; KATHRYN R. SIGNORELLI, Trustee of the SIGNORELLI FAMILY LIVING TRUST dated April 8, 1994, amended February 28, 2001, November 22, 2005, and January 5, 2015; and SIGNORELLI FAMILY, L.P., a Texas limited partnership,<br><br>    Defendants. | CASE NO. 18-cv-04808-HSG<br><br>**PLAINTIFF'S MOTION TO MODIFY BRIEFING SCHEDULE FOR MOTION FOR RIGHT TO ATTACH ORDER.** |

Plaintiff FREMONT BANK, a California state-chartered bank ("Plaintiff"), by and through its attorneys of record, states as follows:

1. On August 31, 2018, Plaintiff filed a Motion for Right to Attach Order (the "Motion") against Defendants Robert J. Signorelli, the Signorelli Family Trust, and the Signorelli Family, L.P. (collectively the "Defendants").

2. The hearing on the Motion is set for December 13, 2018.

3. On September 13, 2018, the Court established a briefing schedule on the Motion as follows: Defendants' Responses to be filed by September 14, 2018; Plaintiff's reply to be filed by September 21, 2018.

4. Despite diligent efforts, Plaintiff was unable to serve the Defendants until September 20, 2018, after the Responses to the motion were due. Due to the difficulties serving Defendants, the parties require additional time to prepare and file their replies in this case.

5. By this Motion, Plaintiff respectfully moves for a modification of the briefing schedules that would result in extending the time periods for the filing of briefs for Plaintiff and Defendants. Plaintiff requests that the briefing schedule be modified as follows:

> **Defendants' Responses:**  October 22, 2018
>
> **Plaintiff's Replies:**  October 29, 2018

6. The date for oral argument is December 13, 2018, so the proposed modification in the briefing schedule will not disrupt the Court's consideration of this case.

7. This motion is not brought for purposes of delay, but rather due to an inability to serve Defendants. Plaintiff does not anticipate requiring additional extensions.

**WHEREFORE**, Plaintiff Fremont Bank respectfully prays that the Court enter an order modifying the briefing schedule as set forth above.

//
//
//
//
//

DATED: September 28, 2018         KIRSCHENBAUM LAW, PC

By: _____
　　　　　KRISTIN L. WILLIAMS
　　　　　Attorneys for Plaintiff
　　　　　Fremont Bank

GOOD CAUSE APPEARING,

1. Defendants Responses to Plaintiff's Motion for Right to Attach Order shall be due by **October 22, 2018**; and

2. Plaintiff Fremont Bank's Reply in Support of its Motion for Right to Attach Order shall be due by **October 29, 2018**.

IT IS SO ORDERED.

Dated: 10/1/2018

_____
UNITED STATES DISTRICT JUDGE