| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>Jeffrey B. Kirschenbaum (SBN: 152290)<br>Kirschenbaum Law, PC<br>328 15th Street, Oakland, CA, 94612<br>TELEPHONE NO.: (510) 740-9260<br>E-MAIL ADDRESS *(Optional)*: jeff@kirschenbaumlaw.com  FAX NO. *(Optional)*:<br>ATTORNEY FOR *(Name)*: Fremont Bank | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 1301 Clay Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland 94612<br>BRANCH NAME: Oakland Division | |
| PLAINTIFF: Fremont Bank, a California State Chartered Bank<br><br>DEFENDANT: Robert Signorelli, et al. | |
| **WRIT OF ATTACHMENT**<br>☒ AFTER HEARING    ☐ EX PARTE | CASE NUMBER:<br>18-cv-04808-HSG |

1. ☐ TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA

2. ☒ To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☐ To any private person specially appointed by the court to serve this writ.

4. This writ is to attach property of defendant (name and last known address):
   Robert J. Signorelli
   and the attachment is to secure: $ 871,539.74

5. Name and address of plaintiff:
   Fremont Bank
   39150 Fremont Blvd
   Fremont, CA 94538

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*:

   ☒ This information is on an attached sheet.

7. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

8. ☐ The real property on which the
      ☐ crops described in item 6 __ are growing
      ☐ timber described in item 6 __ to be cut is standing stands upon the records of the county in the name of
      a. Name:
      b. Address:

[SEAL]

Date: JAN - 9 2019     Clerk, by *[signature] Jordan Burgan*, Deputy
                                  JORDAN BURGAN

Page 1 of 1

CV-04D (05/18)
(AT-135 [Rev. January 1, 2003])

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010

# ATTACHMENT

A. Robert J. Signorelli's interest in Pine Brook Partners II, L.P.; c/o Intertrust Corporate Services Delaware Ltd., 200 Bellevue Parkway Suite 210, Wilmington, DE, 19809.

B. Robert J. Signorelli's interest in Bay City Partners, LLC; 1501 E. 16th Street, Newport beach, CA 92663.

C. Securities held in RBC Wealth Management, Account No. 313-92224; 200 Vesey Street, 5th Floor, New York, New York, 10281.

D. Securities held in RBC Wealth management, Account No. 313-92226; 200 Vesey Street, 5th Floor, New York, New York, 10281.

E. Any interest in real property upon records of the State of California in the name of Robert J. Signorelli.