UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREMONT BANK, | Case No. 18-cv-04808-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | Re: Dkt. No. 30 |
| ROBERT J SIGNORELLI, et al., | |
| Defendants. | |

The parties submitted a proposed schedule on November 21, 2018. *See* Dkt. No. 30. Having considered the parties' proposed schedules, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Close of Fact Discovery | March 11, 2019 |
| Exchange Opening Expert Reports | March 18, 2019 |
| Exchange Rebuttal Expert Reports | March 25, 2019 |
| Close of Expert Discovery | April 19, 2019 |
| Pretrial Conference | June 11, 2019 at 3:00 p.m. |
| 2-Day Jury Trial | June 24, 2019 at 8:30 a.m. |

//
//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order. This order terminates Docket Number 30.

**IT IS SO ORDERED.**

Dated: 1/22/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge