| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jeffrey B. Kirschenbaum (SBN: 152290)<br>Kirschenbaum Law, PC<br>328 15th Street, Oakland, CA, 94612<br>TELEPHONE NO.: (510) 740-9260<br>E-MAIL ADDRESS (Optional): jeff@kirschenbaumlaw.com  FAX NO. (Optional):<br>ATTORNEY FOR (Name): Fremont Bank | |
| **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 1301 Clay Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland 94612<br>BRANCH NAME: Oakland Division | |
| PLAINTIFF: Fremont Bank, a California State Chartered Bank<br>DEFENDANT: Robert Signorelli, et al. | |
| **WRIT OF ATTACHMENT**<br>[X] AFTER HEARING   [ ] EX PARTE | CASE NUMBER:<br>18-cv-04808-HSG |

1. [ ] TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA

2. [X] To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. [ ] To any private person specially appointed by the court to serve this writ.

4. This writ is to attach property of defendant (name and last known address):
   Robert J. Signorelli
   
   and the attachment is to secure:   $ 871,539.74

5. Name and address of plaintiff:
   Fremont Bank
   39150 Fremont Blvd
   Fremont, CA 94538

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*:

   [✓] This information is on an attached sheet.

7. [ ] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

8. [ ] The real property on which the
   [ ] crops described in item 6 ___ are growing
   [ ] timber described in item 6 ___ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: JAN 2 3 2019    Clerk, by _/s/ Jordan Burgan_, Deputy
                                   JORDAN BURGAN

Page 1 of 1

CV-04D (05/18)
(AT-135 [Rev. January 1, 2003])

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010

# ATTACHMENT

a. Any and all interests held in accounts receivable, chattel paper, and general intangibles arising out of conduct of a trade, business, or profession, except any such claim with a principal balance of less than one hundred fifty dollars ($150.00), including but not limited to:

    i. Signorelli's interest in Pine Brooke Partners, PE

    ii. Signorelli's interest in Bay City Partners, PE

b. Any and all interest held by defendant in community property that would be subject to enforcement of judgment in this lawsuit.

c. Any and all interests in real property, except leasehold estates with unexpired terms of less than one year.

d. Negotiable documented of title, instruments, securities, including but not limited to:

    i. Securities held in RBC Wealth Management, Account No. 313-92224

    ii. Securities held in RBC Wealth Management, Account No. 313-92226