| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: <br>Jeffrey B. Kirschenbaum (SBN: 152290) <br>Kirschenbaum Law, PC <br>328 15th Street, Oakland, CA, 94612 <br>TELEPHONE NO.: (510) 740-9260 <br>E-MAIL ADDRESS *(Optional)*: jeff@kirschenbaumlaw.com    FAX NO. *(Optional)*: <br>ATTORNEY FOR *(Name)*: Fremont Bank | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA** <br>STREET ADDRESS: 1301 Clay Street <br>MAILING ADDRESS: <br>CITY AND ZIP CODE: Oakland 94612 <br>BRANCH NAME: Oakland Division | |
| PLAINTIFF: Fremont Bank, a California State Chartered Bank <br>DEFENDANT: Robert Signorelli, et al. | |
| **WRIT OF ATTACHMENT** <br>[X] AFTER HEARING    [ ] EX PARTE | CASE NUMBER: <br>18-cv-04808-HSG |

1. [ ] TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA

2. [X] To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. [ ] To any private person specially appointed by the court to serve this writ.

4. This writ is to attach property of defendant (name and last known address):
   Signorelli Family Living Trust dated April 8, 1994, amended February 28, 2001, November 22, 2005, and January 5, 2015

   and the attachment is to secure:    871,539.74

$ 5. Name and address of plaintiff:
   Fremont Bank
   39150 Fremont Blvd
   Fremont, CA 94538

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*:

   All Property of the Signorelli Family Living Trust dated April 8, 1994, amended February 28, 2001, November 22, 2005, and January 5, 2015 which is subject to attachment pursuant to the California Code of Civil procedure section 487.010.

   [ ] This information is on an attached sheet.

7. [ ] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

8. [ ] The real property on which the
   [ ] crops described in item 6 ___ are growing
   [ ] timber described in item 6 ___ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: JAN 2 3 2019    Clerk, by _/s/ Jordan Burgan_, Deputy
JORDAN BURGAN

Page 1 of 1

CV-04D (05/18) <br>(AT-135 [Rev. January 1, 2003])    **WRIT OF ATTACHMENT** (Attachment)    Code of Civ. Proc., § 488.010