UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 5/12/2022 | **Time:** 1:10-1:14 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:18-cv-04808-HSG | **Case Name:** Fremont Bank v. Robert J. Signorelli, et al | |

**For Plaintiff:**
Raymond E. Loughrey

**As to Defendant Robert Signorelli:**
No appearance

**As to Counsel Robin M. Pearson:**
No Appearance

**Deputy Clerk:** Ivy Lerma Garcia       **Recorded in Zoom:** 1:10-1:14

PROCEEDINGS HELD BY ZOOM VIDEO CONFERENCE

1. Order to Show Cause Hearing
   By no later than 5/19/2022, Plaintiff's counsel shall submit a supplemental declaration supporting the request for attorneys' fees as part of compensatory sanctions, including providing support for the hourly rate requested for Yumeng Xu and additional details about the time and tasks that were billed. Upon receipt of the supplemental declaration, the court will issue a report and recommendation on Plaintiff's request for an order finding Robert J. Signorelli in civil contempt and request for coercive and compensatory sanctions.

**Report and Recommendation to be issued by:**
( )   Plaintiff            ( )   Defendant            (X)   Court

cc: Chambers