KIRSCHENBAUM LAW, PC
JEFFREY B. KIRSCHENBAUM (SBN: 152290)
RAYMOND E. LOUGHREY (SBN: 194363)
328 15th Street
Oakland, CA 94612
Telephone: (510) 740-9260
Email: jeff@kirschenbaumlaw.com
       ray@kirschenbaumlaw.com

Attorneys for Plaintiff,
FREMONT BANK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREMONT BANK, a California state-chartered bank,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT J. SIGNORELLI, individually and as Trust of the SIGNORELLI FAMILY LIVING TRUST dated April 8, 1994, amended February 28, 2001, November 22, 2005, and January 5, 2015; KATHRYN R. SIGNORELLI, individually and as Trustee of the SIGNORELLI FAMILY LIVING TRUST dated April 8, 1994, amended February 28, 2001, November 22, 2005, and January 5, 2015; and SIGNORELLI FAMILY, L.P., a Texas limited partnership,<br><br>    Defendants. | CASE NO. 18-CV-04808-HSG (DMR)<br><br>**SUPPLEMENTAL DECLARATION OF JEFFREY B. KIRSCHENBAUM FOLLOWING HEARING ON MOTION FOR (1) ISSUANCE OF AN ORDER TO SHOW CAUSE WHY DEFENDANT AND JUDGMENT DEBTOR ROBERT J. SIGNORELLI SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR FAILURE TO COMPLY WITH A COURT ORDER AND (2) IMPOSITION OF SANCTIONS**<br><br>Date:    May 12, 2022<br>Time:    1:00 p.m.<br>Place:   Courtroom 4 |

I, JEFFREY B. KIRSCHENBAUM, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California and am the principal of Kirschenbaum Law, P.C., attorneys of record for plaintiff Fremont Bank. I have personal knowledge of the matters stated in this Declaration, and if called as a witness would and could competently testify thereto.

2. On April 28, 2022, this Court ordered Robert J. Signorelli to appear and show cause on May 12, 2022 for his failure to comply with a prior order of the Court requiring his appearance at a debtor's examination and why he should not be found in civil contempt. (Document 77.) Neither Mr. Signorelli nor his attorney appeared at the May 12 order to show cause hearing.

3. Following the hearing, the Court ordered Fremont Bank's counsel to submit a supplemental declaration supporting the bank's request for attorneys' fees as part of compensatory sanctions, including support for the hourly rates of all attorneys who had worked on this matter and additional details about the time and tasks that were billed. (Document 80.)

4. I am a 1988 graduate of UC Berkeley School of law with substantial experience in banking litigation. From 2004 to 2017, I was a shareholder of the Buchalter law firm. My hourly rate on this litigation is $450 per hour.

5. Raymond E. Loughrey is a senior attorney with my law firm. Mr. Loughrey is a 1990 graduate of the University of Virginia School of Law, and has over 30 years of business litigation and trial experience. Mr. Loughrey's hourly rate on this engagement is $375 per hour.

6. Yumeng Xu was first-year associate with my law firm. Her hourly rate on this engagement was $200 per hour.

7. I began communicating with Fremont Bank in approximately July 2021 about a debtor's examination of Robert Signorelli. Between July 20, 2021 and August 25, 2021, Yumeng Xu worked 13.9 hours on the preparation of a motion to take a debtor's exam and related tasks. Ms. Xu was a first-year associate with no experience in enforcement of judgments, so this assignment was mostly a training exercise. I billed Fremont Bank for 2.0 hours of Ms. Xu's work at the rate of $200 per hour, for a total charge of $400.

SUPPLEMENTAL DECLARATION OF JEFFREY B. KIRSCHENBAUM RE FEES

8. On August 24, 2021, Raymond Loughrey took over responsibility for preparation of the motion for a debtor's exam. He worked 4.5 hours on this task on August 24, 2021 and 4.7 hours on August 25, 2021. I billed Fremont Bank for 9.2 hours of Mr. Loughrey's time at the rate of $375 per hour, for a total charge of $3,450.

9. On November 3, 2021, I worked 0.8 hours reviewing and revising the motion for a debtor's exam. On November 4, 2021, I worked 0.5 hours on this task. I billed Fremont Bank for my time at the rate of $450 per hour, for a total charge of $585.

10. The total cost of preparing the motion for a debtor's exam was **$4,435** ($400 + $3,450 + $585).

11. Our first attempts to serve Robert Signorelli with notice of the debtor's exam were unsuccessful. Therefore, on November 23, 2021, Mr. Loughrey prepared an *ex parte* application to continue the debtor's exam. This took 1.7 hours, and Fremont Bank was billed **$637** for the preparation of the *ex parte* application for the continuance of the hearing date.

12. I spent 3.0 hours preparing for the debtor's examination on January 31, 2022 and February 1, 2022. On February 2, 2022, I spent 1.6 hours on final preparations for the debtor's exam and attending the hearing at which Robert Signorelli did not appear. Fremont Bank was billed **$1,350** for this work.

13. Mr. Loughrey spent 9.4 hours preparing a motion for an order to show cause re contempt in response to Mr. Signorelli's non-appearance on February 3, 8, 10, and 11, 2022. Fremont Bank was billed $3,525 for this work.

14. I spent 1.4 hours working on the motion for an order to show cause re contempt on February 2 and 11, 2022. Fremont Bank was billed $630 for this work.

15. The total cost of preparing the motion for an order to show cause hearing was **$4,155** ($3,525 + $630).

16. I spent approximately 7.7 hours communicating with Fremont Bank regarding the collection of the judgment between August 2021 and February 2021. At least 25% of this time, or **$855** (1.9 hours, at $450 per hour) was directly related to the preparing for the debtor's exam and preparing the moving papers.

17. In summary, my firm billed Fremont Bank not less than $11,505 for attorney's fees directly related to preparing for and attending the debtor's exam and preparing the moving papers on this motion. The charges are broken down as follows:

| | |
|---|---|
| Prepare motion to take debtor's exam: | $ 4,435 |
| *Ex parte* application for a continuance: | $   637 |
| Prepare for/appear for debtor's exam: | $ 1,350 |
| Motion for order to show cause: | $ 4,155 |
| Communicate with client: | $   855 |
| **TOTAL:** | **$ 11,432** |

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct, and that this declaration was executed May 17, 2022 at Oakland, California.

DATED: May 17, 2022

_____
JEFFREY B. KIRSCHENBAUM

**CERTIFICATE OF SERVICE**

I hereby certify that I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to this action. My business address is 328 15th Street, Oakland, California. On May 17, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Sandra Peralta-Bernal

SUPPLEMENTAL DECLARATION OF KIRSCHENBAUM RE FEES
CASE NO.: 18-cv-04808-HSG