1  KIRSCHENBAUM LAW, PC
   JEFFREY B. KIRSCHENBAUM (SBN: 152290)
2  RAYMOND E. LOUGHREY (SBN: 194363)
   328 15th Street
3  Oakland, CA  94612
   Telephone: (510) 740-9260
4  Email: jeff@kirschenbaumlaw.com
          ray@kirschenbaumlaw.com
5
   Attorneys for Plaintiff,
6  Fremont Bank

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | FREMONT BANK, a California state   | CASE NO. 18-CV-04808-HSG (DMR)
   | chartered bank,                    |
13 |                                    |
   |          Plaintiff,                | PROOF OF SERVICE
14 |                                    |
   |     v.                             |
15 |                                    |
   | ROBERT J. SIGNORELLI, et al.,      |
16 |                                    |
   |          Defendants.               |
17

# PROOF OF SERVICE

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to this action. My business address is 328 15th Street, Oakland, California 94612. On July 11, 2022, I served a true copy of the document described as: **REPORT AND RECOMMENDATION RE: CIVIL CONTEMPT AND REQUEST FOR SANCTIONS** on the interested party(ies) in this action:

| *By Certified Mail* | *By Certified Mail* |
|---|---|
| Robert J. Signorelli | Robin Marie Pearson |
| 1655 North California Blvd., Unit 430 | Brothers Smith, LLP |
| Walnut Creek, CA 94596 | 2033 N. Main Street, Suite 720 |
| | Walnut Creek, CA 94596 |

**(X)  BY MAIL**: I enclosed the above-listed document(s) in a sealed envelope addressed to the party(ies) listed above, with postage thereon fully prepaid and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

**(  )  BY OVERNIGHT SERVICE**: I enclosed the document(s) in a sealed envelope addressed to the person(s) listed above. Then, I placed the envelope for collection and overnight delivery by Federal Express, with receipts affixed thereto promising delivery to the addressee(s) on the following business day.

**(  )  BY HAND DELIVERY**: I enclosed a true and correct copy(ies) of the document(s) in a sealed envelope addressed to the party(ies) listed above. I caused said envelope(s) to be delivered by a professional messenger or courier service, on the date below.

**(  )  BY EMAIL**: I caused a true and correct copy(ies) of the above-listed document(s) to be sent via electronic service to the email address(es) listed above. I did not receive a notice indicating delivery failure.

I hereby certify that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed July 12, 2022, at Oakland, California.

*Sandra Peralta-Bernal*

PROOF OF SERVICE
CASE NO. 18-CV-04808-HSG (DMR)