United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREMONT BANK,

                 Plaintiff,

        v.

ROBERT J SIGNORELLI, et al.,

                 Defendants.

Case No.  18-cv-04808-HSG

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 82

        On June 28, 2022, Judge Ryu issued a report and recommendation regarding civil contempt and request for sanctions.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

        Accordingly, the Court **ORDERS** Defendant Robert J. Signorelli **TO SHOW CAUSE** why he should not be held in civil contempt for disobeying the November 24, 2021 Order and the Cause Order based on the facts laid out by Judge Ryu in the report and recommendation.  The Court **SETS** a hearing regarding the order to show cause on August 25, 2022 at 2:00 p.m. in Courtroom 2 on the Fourth Floor, at 1301 Clay Street, Oakland, California.

        Plaintiff shall immediately serve this report and recommendation on Defendant Signorelli via certified mail at his last known address, and make best efforts to also affect personal service, and file proof of service. Plaintiff shall also immediately serve this report and recommendation on Pearson via certified mail at her current firm, Brothers Smith LLP, and file proof of service.

        **IT IS SO ORDERED.**

Dated:  7/29/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge