UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREMONT BANK,<br>        Plaintiff,<br>v.<br>ROBERT J SIGNORELLI, et al.,<br>        Defendants. | Case No. 18-cv-04808-HSG<br><br>**CONTEMPT ORDER** |

In June 2022, Magistrate Judge Donna M. Ryu issued a Report and Recommendation regarding civil contempt and sanctions in which she detailed Defendant Signorelli's history of non-compliance with court orders. *See* Dkt. No. 82. Finding the Report to be correct, well-reasoned, and thorough, the Court adopted it in every respect, ordered Defendant to show cause why he should not be held in civil contempt, and held a hearing regarding the order to show cause on August 25, 2022. *See* Dkt. No. 85.

Based on the facts certified by Judge Ryu in her Report and Recommendation, the Court finds that clear and convincing evidence establishes that Defendant Signorelli failed to comply with two court orders. The Court further finds, based on the evidence proffered at the show-cause hearing, that Defendant has failed "to demonstrate why [he was] unable to comply," *FTC v. Affordable Media,* LLC, 179 F.3d 1228, 1239 (9th Cir. 1999), or shown that he "performed 'all reasonable steps within [his] power to ensure compliance' with the court's orders," *Stone v. City & Cty. of San Francisco*, 968 F.2d 850, 856 (9th Cir. 1992) (citation omitted).

The Court therefore finds Defendant Signorelli in contempt and orders him to:

1. Appear at a judgment debtor examination on September 29, 2022 and to produce all of the documents identified in the November 24, 2021 Order by September 22,

2022; and if Defendant Signorelli fails to appear at the judgment debtor examination and produce the documents on the designated date, he shall pay a coercive sanction of $50 per day, payable to the Clerk of the Court for the United States District Court, Northern District of California, to accrue every day until Defendant Signorelli complies by appearing for the judgment debtor examination and producing all requested documents.

2. Pay Plaintiff $4,155 in compensatory sanctions.

Defendant Signorelli is warned that failure to comply with this order will result in further sanctions, potentially including criminal contempt sanctions.

**IT IS SO ORDERED.**

Dated: 8/29/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge