AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

FREMONT BANK

Plaintiff (s),

V.

ROBERT J. SIGNORELLI, ET AL.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-cv-04808-HSG

Notice is hereby given that, subject to approval by the court, __ROBERT J. SIGNORELLI__ substitutes
(Party (s) Name)

__Craig C. Daniel__, State Bar No. __146704__ as counsel of record in
(Name of New Attorney)

place of __Robin M. Pearson__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: **GLUCK DANIEL ATKINSON LLP**
Address: 201 Mission Street, Suite 1330, San Francisco, CA 94105
Telephone: 415.510.2114   Facsimile
E-Mail (Optional): litigation@gluckdaniel.com

I consent to the above substitution.
Date: 10-7-22

R J Signorelli
(Signature of Party (s))

I consent to being substituted.
Date: 9/30/2022

Robin M. Pearson
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/30/2022

C. C. D.
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/11/2022

Haywood S. Gilliam Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]