UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREMONT BANK,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT J SIGNORELLI, et al.,<br><br>        Defendants. | Case No. 18-cv-04808-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE PLAINTIFF FREMONT BANK'S MOTION FOR AN ASSIGNMENT ORDER AND ORDER RESTRAINING JUDGMENT DEBTOR ROBERT SIGNORELLI**<br><br>Re: Dkt. Nos. 98, 113 |

    The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Re Plaintiff Fremont Banks's Motion for an Order and Order Restraining Judgment Debtor Robert Signorelli. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that Fremont Banks's Motion for an Order and Order Restraining Judgment Debtor Robert Signorelli is GRANTED. The Court orders:

    1.    R. Signorelli be directed to assign to Fremont Bank his right to any distributions, dividends, and payments arising from his ownership of stock in FirstSun Capital Bancorp ("FirstSun") held in his Royal Bank of Canada IRA (account ending in -2226), until such time as the judgment entered in favor of Fremont Bank on April 19, 2019 is fully satisfied or this Order is amended.

    2. R. Signorelli be restrained from transferring his right to payment arising from the FirstSun stock, or from encumbering, assigning, disposing of, or spending the proceeds from the stock, or otherwise hindering Fremont Bank's right to payment therefrom, until such time as the

judgment entered in favor of Fremont Bank on April 19, 2019 is fully satisfied or this Order is amended.

Pursuant to California Code of Civil Procedure section 708.520( d), R. Signorelli be notified

THAT FAILURE TO COMPLY WITH THE COURT'S ORDER MAY SUBJECT THE JUDGMENT DEBTOR TO BEING HELD IN CONTEMPT OF COURT.

**IT IS SO ORDERED.**

Dated:  March 14, 2023

HAYWOOD S. GILLIAM, JR.
United States District Judge