1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

FREMONT BANK,

        Plaintiff,

8

    v.

9

ROBERT J SIGNORELLI, et al.,

10

        Defendants.

11

Case No.  18-cv-04808-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR AN ORDER CHARGING INTEREST**

Re: Dkt. Nos. 112, 99

12

        The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Re Motion

13

for an Order Charging Interest.  The time for objections has passed and none were filed.  The

14

Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

15

Accordingly,

16

        IT IS HEREBY ORDERED that Fremont Bank's motion for an order charging Signorelli

17

Family, L.P.'s interests in Pine Brook Capital Partners II, L.P. and PBCP Feeder, L.P. is GRANTED.

18

        **IT IS SO ORDERED.**

19

Dated:  March 14, 2023

20

21

22

HAYWOOD S. GILLIAM, JR.
United States District Judge

23

24

25

26

27

28

United States District Court
Northern District of California